247 So.2d 867

**Lehrue STEVENS, Jr.**

**v.**

**COOK & STEVENS and Avery L. Cook.**

**No. 51371.**

May 26, 1971.

In re: Cook & Stevens and Avery L. Cook applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 245 So.2d 798.

Writ refused. On the facts found by the court of appeal, the result is correct.

SUMMERS, Justice, is of the opinion the writ should be granted for the reasons assigned by Judge Culpepper.